```
                                          FILED
                              CLERK, U.S. DISTRICT COURT

                                       11/8/2022

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY:       EC        DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2022 Grand Jury

| UNITED STATES OF AMERICA, | CR  2:22-cr-00522-SPG |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 1708: Possession of Stolen Mail; 18 U.S.C. § 1029(a)(3): Possession of Fifteen or More Unauthorized Access Devices; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft] |
| MICHELE RODRIGUEZ, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1708]

On or about May 8, 2021, in Los Angeles County, within the Central District of California, defendant MICHELE RODRIGUEZ unlawfully possessed mail and mail matter that had been stolen and taken from the United States mail, namely, approximately 140 pieces of mail and mail matter addressed to various individuals within Los Angeles County and elsewhere, and at that time and place, defendant RODRIGUEZ knew that said mail and mail matter were stolen.

COUNT TWO

[18 U.S.C. § 1029(a)(3)]

On or about May 8, 2021, in Los Angeles County, within the Central District of California, defendant MICHELE RODRIGUEZ, knowingly and with intent to defraud, possessed at least fifteen unauthorized access devices (as defined in Title 18, United States Code, Sections 1029(e)(1) and (3)), namely, approximately 26 bank account numbers and five social security numbers, all issued to persons other than defendant RODRIGUEZ, with said possession affecting interstate and foreign commerce.

COUNT THREE

[18 U.S.C. § 1028A(a)(1)]

On or about May 8, 2021, in Los Angeles County, within the Central District of California, and elsewhere, defendant MICHELE RODRIGUEZ knowingly transferred, possessed, and used, without lawful authority, means of identification that defendant RODRIGUEZ knew belonged to another person, namely, the name and date of birth of victim V.K., during and in relation to the offense of Possession of Fifteen or More Unauthorized Access Devices, a felony violation of Title 18, United States Code, Section 1029(a)(3), as charged in Count Two of this Indictment.

A TRUE BILL

\_\_\_\_/S/_____
Foreperson

E. MARTIN ESTRADA
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

DAVID T. RYAN
Assistant United States Attorney
Deputy Chief, General Crimes Section

MARIA ELENA STITELER
Assistant United States Attorney
International Narcotics, Money Laundering, and Racketeering Section